ADAMS, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM HOWE, et al., | ) | CASE NO. 5:06CV2779 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | JUDGE JOHN R. ADAMS |
| v. | ) | |
| | ) | <u>ORDER</u> |
| THE CITY OF AKRON, | ) | |
| | ) | |
| Defendant. | ) | |

The following motions are scheduled for hearing on September 27, 2007, at 9:30 a.m., before Judge John R. Adams, in Courtroom 575, John F. Seiberling Federal Building and U.S. Courthouse, 2 South Main Street, Akron, Ohio:

Defendant's Motion for Abstention and Stay of Proceedings (Doc. 5); and

Plaintiffs' Motion for Leave to File First Amended Complaint *Instanter* (Doc. 15).

IT IS SO ORDERED.

| | |
|---|---|
| September 7, 2007 | */s/ John R. Adams* |
| Date | John R. Adams |
| | U.S. District Judge |