# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHER DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| WILLIAM HOWE, et al, ) | CASE NO.: 5:06 CV 2779 |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | JUDGE ADAMS |
| ) | Mag. Judge Gallas |
| THE CITY OF AKRON, ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF'S NOTICE OF SERVICE OF SUPPLEMENTAL EXPERT REPORT**

Plaintiffs, through counsel, provide notice that they have served the supplemental expert report of Brian Bellenger, Kyle Brink, and Jeffrey Crenshaw, upon Defendants via priority U.S. mail and e-mail this 11th day of December, 2007.

Respectfully submitted,

*/s/ Dennis R. Thompson*
Dennis R. Thompson #0030098
Christy B. Bishop #0076100
Thompson & Bishop
2719 Manchester Road
Akron, Ohio 44319
330-753-6874
330-753-7082 (facsimile)
tmpsnlaw@sbcglobal.net

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

     A copy of the foregoing was sent to Patricia Rubright and Bruce Christiansen, Attorneys for Defendant, at their office located at 161 S. High Street, Suite 202, Akron, Ohio 44308, via ecf electronic notification this 11th day of December, 2007.

                                      */s/ Dennis R. Thompson*
                                      Dennis R. Thompson