MR/PAR/MJD/keh     01-08-08

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM HOWE, et al. | ) | CASE NO. 5:06 CV 2779 |
| Plaintiffs | ) | |
| v. | ) | JUDGE ADAMS |
| CITY OF AKRON | ) | |
| | | **STIPULATED EXTENSION OF** |
| Defendant | ) | **TIME FOR EXPERT REPORT** |

The parties have stipulated to a thirty day extension of time for Defendant's experts to produce their responsive reports to the Centrus PS report produced by Plaintiffs on December 11, 2007. This is due to the City experts' teaching, holiday and vacation schedules. Therefore, these reports will be due on February 10, 2008.

Respectfully submitted,

Max Rothal - No. 0009431
Director of Law

| | |
|---|---|
| Per telephone approval of 1-9-08 | /S/ Bruce H. Christensen, Jr. |
| Dennis Thompson | Patricia Ambrose Rubright - No. 0009435 |
| Christy Bishop | Bruce H. Christensen, Jr. - No. 0036770 |
| Thompson Law Offices | Assistant Directors of Law |
| 2719 Manchester Road | 161 S. High Street, Suite 202 |
| Akron, Ohio 44319 | Akron, Ohio 44308 |
| (330) 753-6874 Fax: (330) 753-7082 | (330) 375-2030 FAX: (330) 375-2041 |
| dtmpsnlaw@sbcglobal.net | Ambropa@ci.akron.oh.us |
| | Defibmi@ci.akron.oh.us |
| Counsel for Plaintiffs | |
| | Counsel for Defendant |

**PROOF OF SERVICE**

This is to certify that on this 9th day of January, 2008, a true copy of the foregoing Stipulated Extension of Time for Expert Report was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

/S/ Bruce H. Christensen, Jr.
Bruce H. Christensen, Jr.