IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM HOWE, et al, | ) | CASE NO.: 5:06 CV 2779 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | JUDGE ADAMS |
| | ) | |
| CITY OF AKRON, | ) | |
| | ) | |
| Defendant. | ) | |

INDEX OF EXHIBITS TO LETTER REGARDING CITY OF AKRON'S
ATTEMPTS TO CIRCUMVENT ORDER OF INJUCTION
AND REQUEST FOR CONTEMPT

| | |
|---|---|
| Exhibit A | Draft Memorandum of Understanding |
| Exhibit B | Settlement Proposal of Plaintiff, 2008 |
| Exhibit C | Letter, Rubright to Gauer |
| Exhibit D | Envelope |
| Exhibit E | Gaiser Affidavit |
| Exhibit F | Press release |

        Respectfully submitted,

        */s/ Dennis R. Thompson*
        Dennis R. Thompson,  #0030098
        Christy B. Bishop,.# 0076100
        Thompson & Bishop
        2719 Manchester Rd.
        Akron, Ohio 44319
        330-753-6874
        Fax: 330-753-7082


        */s/ Bruce B. Elfvin*
        Bruce B. Elfvin #0015964
        bbe@elfvinbesser.com
        Barbara K. Besser #0017624
        bkb@elfvinbesser.com
        Stuart Torch #0079667
        stuart.torch@elfvinbesser.com
        4070 Mayfield Road
        Cleveland, Ohio  44121
        216-382-2500
        216-381-0250 (facsimile)

        ATTORNEYS FOR PLAINTIFFS


## CERTIFICATE OF SERVICE

    A copy of the foregoing was sent to Patricia Rubright and Michael Defibaugh, Attorneys for Defendant, via ecf electronic notification this 20 day of October, 2014.


        */s/ Dennis R. Thompson*
        One of the Attorneys for Plaintiffs