

**DEPARTMENT OF LAW**
202 Ocasek Government
Office Building
161 South High Street
Akron, Ohio 44308-1655
(330) 375-2030
FAX (330) 375-2041

**MAX ROTHAL**
Director of Law

**CIVIL DIVISION**

Patricia Ambrose Rubright
Elaine B. Davidson
George Bozeka
Bruce H. Christensen, Jr.
Cheri B. Cunningham
Deborah M. Forfia
David A. Muntean
Stephanie H. York
John R. York
Tammy L. Kalail
Michael J. Defibaugh
Sean W. Vollman
Stephen A. Fallis
**Assistant Directors of Law**

**INCOME TAX DIVISION**

James F. Harrill
**Assistant Director of Law**
(330) 375-2037

**CRIMINAL DIVISION**
Harold K. Stubbs
Justice Center
217 South High Street
Suite 203
Akron, Ohio 44308-1639
(330) 375-2730
FAX (330) 375-2281

Douglas J. Powley
**Chief City Prosecutor**

Thomas M. DiCaudo
**Chief Assistant Prosecutor**

Gerald K. Larson
Craig J. Hanus
**Police Legal Advisors**

Elisa B. Hill
Jeremy A. Veillette
Gertrude E. Wilms
Chad M. Durian
Cara C. Kennerly-Ford
Mary A. Lohr
Tamara J. Todd
**Assistant Directors of Law**

**Donald L. Plusquellic**
Mayor

May 28, 2008

Phillip Gauer, President
Akron Firefighters Association, Local 330
161 Massillon Rd.
Akron, Ohio 44312

    Re:   *Howe, et al. v. City of Akron*
          5:06 CV 2779

Dear Mr. Gauer:

    Attached is the plaintiffs' proposed settlement of the above case. Although you indicated in our phone conversation last week that you were not interested in reviewing this proposal, it is enclosed because of its potential impact on your membership. Perhaps union counsel can further advise you on any legal issues surrounding this litigation.

    Sincerely,

    Patricia Ambrose Rubright
    Assistant Director of Law

PAR/tlk

Attachment