IN THE UNITED STATES DISTRICT COURT
FOR THE NORTERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| WILLIAM HOWE, et al, ) | CASE NO.: 5:06 CV 2779 |
| Plaintiffs, ) | |
| vs. ) | JUDGE ADAMS |
| CITY OF AKRON, ) | |
| Defendant. ) | |

## DECLARATION OF LES GAISER

1. I am a named Plaintiff in this case.

2. I have personal knowledge of the information and events in this declaration, which are true and accurate to the best of my knowledge.

3. I spoke Deputy Chief James Green on May 29, 2008, when I was reporting for duty; Deputy Chief Green was coming off his duty shift at that time.

4. Deputy Chief Green advised me that he was called to Chief Bunner's office during his shift.

5. Deputy Chief Green also told me that when he arrived at Chief Bunner's office, he was met by Chief Bunner and Deputy Chief Evans.

6. Deputy Chief Green stated to me that he was handed copies of the Plaintiffs' settlement proposal in this case and was instructed by Chief Bunner to have copies delivered to each Captain on duty and to have them distributed to each station.

7. I make the foregoing statements under penalty of perjury.

Les Gaiser